IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Peter Harper,<br><br>　　Plaintiff-Appellant,<br><br>　　　v.<br><br>Anita Alvarez,<br><br>　　Defendant-Appellee | Case No.  13-2788<br><br>Case Below:<br>No. 13 C 2110<br><br>Hon. Virginia M. Kendall<br>United States District Court<br>for the Northern District of Illinois |

## MOTION OF DEFENDANT-APPELLEE ANITA ALVAREZ TO DISMISS PLAINTIFF-APPELLANT PETER HARPER'S APPEAL AS MOOT

Defendant-Appellee, ANITA ALVAREZ, State's Attorney of Cook County (the "State's Attorney"), by her Assistant State's Attorneys, PAUL A. CASTIGLIONE and MICHAEL J. A. PASQUINELLI, pursuant to FED. R. APP. P. 27, moves this Honorable Court to dismiss the appeal of plaintiff-appellant Peter Harper ("Harper") as moot. In support of this motion, the State's Attorney states as follows:

1.　On October 11, 2011, Harper was arrested for carrying a firearm and was subsequently charged in an Illinois court with seven counts of violating Illinois' Aggravated Unlawful Use of a Weapons statute. (R. 1; Complaint at ¶7.) In some of these counts, Harper was charged with violating 720 ILCS 5/24-1.6(a)(1),(a)(3)(A) (prohibiting the carrying of an uncased, loaded and immediately accessible firearm outside the home). In other counts, Harper was charged with violating 720 ILCS 5/24-1.6(a)(1),(a)(3)(C) (prohibiting the carrying of a firearm on one's person in a vehicle or public street where the person "has not been issued a currently valid

1

Firearm Owner's Identification Card ("FOID card")"). The criminal case against Harper was filed in the Circuit Court of Cook County, Illinois, County Department, Criminal Division and was styled *People of the State of Illinois v. Harper*, 11 CR 17566. (R. 1; Complaint at ¶9.)

2.  In *People v Harper*, 11 CR 17566, Harper filed a motion to dismiss the criminal complaint on the grounds that 720 ILCS 5/24-1.6(a)(1),(a)(3)(A) violated the Second Amendment. (R. 1; Complaint at ¶9.) In support of this argument, Harper relied upon the Seventh Circuit's decision in *Moore v. Madigan*, 702 F.3d 933 (7th Cir. 2012). (*Id.*) The circuit court denied this motion, as the Illinois courts had held that 720 ILCS 5/24-1.6(a)(1),(a)(3)(A) did not violate the Second Amendment. (*Id.*)

3.  On March 19, 2013, Harper filed a federal civil lawsuit to enjoin the State's Attorney from prosecuting any of the counts in *People v Harper*, 11 CR 17566. (R. 1.)

4.  On July 16, 2013, the district court found that in accordance with the abstention principles in *Younger v. Harris*, 401 U.S. 37 (1971), it lacked subject matter jurisdiction over Harper's complaint for injunctive and declaratory relief and, pursuant to Rule 12(b)(1) of the Federal Code of Civil Procedure, dismissed the complaint. (R. 22.) *See Harper v. Alvarez*, 2013 U.S. Dist. LEXIS 98877 (N.D. Ill. July 16, 2013).

5.  On August 14, 2013, Harper filed a timely notice of appeal. (R. 24.)

6. On September 12, 2013, the Illinois Supreme Court decided *People v. Aguilar*, ___ N.E.2d ___, 2013 IL 112116 (Ill. September 12, 2013). In *Aguilar*, the Illinois Supreme Court noted that a number of Illinois courts had held that 720 ILCS 5/24-1.6(a)(1),(a)(3)(A) did not violate the Second Amendment. *See Aguilar*, 2013 IL 112116 at ¶18 (noting that five different panels of the Illinois Appellate Court had uniformly held that Section 24-1.6(a)(1),(a)(3)(A) passed constitutional muster). The Illinois Supreme Court disagreed with those decisions, found "that the Seventh Circuit's analysis [in Moore] is the correct one" and held that Section 24-1.6(a)(1),(a)(3)(A) violated the Second Amendment. *Aguilar*, 2013 IL 112116 at ¶20.

7. Subsequent to *Aguilar*, the State's Attorney's office asked the circuit to *nolle pros* counts I, II and VI in the criminal case. These counts charged Harper with possession of uncased, loaded and immediately accessible firearms outside the home in violation of Section 24-1.6(a)(1),(a)(3)(A). On September 19, 2013, the circuit court *nolle prossed* these counts. *See* the Certified Statement of Disposition from the Clerk of the Circuit Court of Cook County in *People v Harper*, 11 CR 17566, a copy of which is attached as Exhibit A.

8. Thereafter, the State's Attorney's office considered whether to continue prosecuting the remaining counts in *People v Harper*, 11 CR 17566. These remaining counts charged Harper with possession of weapons in his vehicle without a having a valid Illinois FOID card in violation of 720 ILCS 5/24-1.6(a)(1),(a)(3)(C). After such consideration, the State's Attorney's office asked the circuit court to *nolle*

*pros* the remaining counts and, on October 22, 2013, the circuit court *nolle prossed* those remaining counts. See Exhibit A.

9. *People v Harper*, 11 CR 17566 is no longer a pending criminal case in the Illinois courts. Moreover, the Cook County State's Attorney's office will not attempt to prosecute Peter Harper in the future based upon the allegations in *People v Harper*, 11 CR 17566 that he violated 720 ILCS 5/24-1.6(a)(1),(a)(3)(C). And under *Aguilar*, the State cannot attempt to prosecute Harper based upon allegations in *People v Harper*, 11 CR 17566 that he violated Section 24-1.6(a)(1),(a)(3)(A).

10. In other words, the State's Attorney's office will not attempt to reinstate any of the criminal charges in *People v Harper*, 11 CR 17566 based upon the conduct alleged in that complaint.

11. As a result, this civil lawsuit to enjoin the State's Attorney from prosecuting *People v Harper*, 11 CR 17566 is now moot. *See Alvarez v. Smith*, 558 U.S. 87 (2009).

12. It is axiomatic that for a case or controversy in a civil case to exist under Article III, §2 of the United States Constitution, "an 'actual controversy must be extant at all stages of review, not merely at the time the complaint is filed.'" *Alvarez*, 558 U.S. at 92, *citing Preiser v. Newkirk*, 422 U.S. 395, 401 (1975). In the absence of an actual case or controversy, any dispute over the constitutionality of 720 ILCS 5/24-1.6(a)(1),(a)(3)(C) "is an abstract dispute about the law, unlikely to

affect [Harper] any more than it affects other Illinois citizens." *Alvarez*, 558 U.S. at 93.

13.　Because the criminal charges from *People v Harper*, 11 CR 17566 are no longer pending and will not be reinstated, an actual controversy under Article III no longer exists in this lawsuit. This Court, therefore, should dismiss this appeal as moot.

WHEREFORE, defendant-appellee Anita Alvarez, State's Attorney of Cook County, respectfully asks this Honorable Court to dismiss the appeal of plaintiff-appellant Peter Harper as moot.

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ Paul A. Castiglione
Paul A. Castiglione
ARDC#6197136
Assistant State's Attorney
69 West Washington St.
Suite 3200
Chicago, Illinois 60602
(312) 603-1840

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

      VS        NUMBER 11CR1756601

PETER   HARPER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

 I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

```
720-5/24-1.6(A)(1)              F 4     AGG UNLAWFUL USE OF WEAPON/VE
720-5/24-1.6(A)(1)              F 4     AGG UNLAWFUL USE OF WEAPON/VE
720-5/24-1.6(A)(1)              F 4     AGG UNLAWFUL USE OF WEAPON/VE
720-5/24-1.6(A)(1)              F 4     AGG UNLAWFUL USE OF WEAPON/VE
720-5/24-1.6(A)(1)              F 4     AGG UNLAWFUL USE OF WEAPON/VE
720-5/24-1.6(A)(2)              F 4     AGG UUW/ON PERSON
720-5/24-1.6(a)(2)              F 4     AGG UUW/ON PERSON
```

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
10/27/11 IND/INFO-CLK OFFICE-PRES JUDGE         11/08/11 1701
10/27/11 DRIVER LICENSE NUMBER                  00/00/00
    DL MI H616680887148
11/08/11 CASE ASSIGNED                          11/08/11 1704
    BIEBEL, PAUL JR.
11/08/11 DEFENDANT ON BOND                      00/00/00
    ALONSO JORGE LUIS
11/08/11 ADMONISH PER SP CT RULE 402            00/00/00
    ALONSO JORGE LUIS
11/08/11 MOTION DEFT - CONTINUANCE - MD         11/22/11
    ALONSO JORGE LUIS
11/22/11 DEFENDANT ON BOND                      00/00/00
    HENNELLY THOMAS JOSEPH
11/22/11 APPEARANCE FILED                       00/00/00
    HENNELLY THOMAS JOSEPH
11/22/11 MOTION FOR DISCOVERY                   00/00/00  F       2
    HENNELLY THOMAS JOSEPH
11/22/11 CONTINUANCE BY AGREEMENT               11/30/11
    HENNELLY THOMAS JOSEPH
11/30/11 DEFENDANT ON BOND                      00/00/00
    ALONSO JORGE LUIS
11/30/11 APPEARANCE FILED                       00/00/00
    ALONSO JORGE LUIS
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

        VS                    NUMBER 11CR1756601

PETER       HARPER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
11/30/11 DEFENDANT ARRAIGNED                         00/00/00
    ALONSO JORGE LUIS
11/30/11 PLEA OF NOT GUILTY                          00/00/00
    ALONSO JORGE LUIS
11/30/11 MOTION FOR DISCOVERY                        00/00/00 F        1
    ALONSO JORGE LUIS
11/30/11 DISCOVERY ANSWER FILED                      00/00/00          1
    ALONSO JORGE LUIS
11/30/11 SPECIAL ORDER                               00/00/00
    CONDITIONS OF BAOND EXPANDED TO TRAVEL TO MICHIGAN
    ALONSO JORGE LUIS
11/30/11 CONTINUANCE BY AGREEMENT                    01/04/12
    ALONSO JORGE LUIS
01/04/12 DEFENDANT ON BOND                           00/00/00
    ALONSO JORGE LUIS
01/04/12 CONTINUANCE BY AGREEMENT                    02/02/12
    (ANS/PTM)
    ALONSO JORGE LUIS
02/02/12 DEFENDANT ON BOND                           00/00/00
    ALONSO JORGE LUIS
02/02/12 MOTION TO SUPPRESS                          00/00/00 F        2
    EVIDENCE
    ALONSO JORGE LUIS
02/02/12 MOTION TO QUASH ARREST                      00/00/00 F        2
    ALONSO JORGE LUIS
02/02/12 CONTINUANCE BY AGREEMENT                    03/19/12
    ADD; DISC TENDERED
    ALONSO JORGE LUIS
03/19/12 DEFENDANT ON BOND                           00/00/00
    ALONSO JORGE LUIS
03/19/12 WITNESSES ORDERED TO APPEAR                 00/00/00
    ALONSO JORGE LUIS
03/19/12 CONTINUANCE BY AGREEMENT                    04/24/12
    ALONSO JORGE LUIS
04/24/12 DEFENDANT ON BOND                           00/00/00
    ALONSO JORGE LUIS
04/24/12 SPECIAL ORDER                               00/00/00
    SNR
    ALONSO JORGE LUIS
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

              VS                NUMBER 11CR1756601

PETER          HARPER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

```
The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/24/12 WITNESSES ORDERED TO APPEAR           00/00/00
     ALONSO JORGE LUIS
04/24/12 CONTINUANCE BY AGREEMENT              05/25/12
     ALONSO JORGE LUIS
05/25/12 DEFENDANT ON BOND                     00/00/00
     ALONSO JORGE LUIS
05/25/12 MOTION TO SUPPRESS                    00/00/00 D       2
     EVIDENCE
     ALONSO JORGE LUIS
05/25/12 MOTION TO QUASH ARREST                00/00/00 D       2
     ALONSO JORGE LUIS
05/25/12 CONTINUANCE BY AGREEMENT              06/25/12
     ALONSO JORGE LUIS
06/25/12 DEFENDANT ON BOND                     00/00/00
     ALONSO JORGE LUIS
06/25/12 SPECIAL ORDER                         00/00/00
     X ON TRNSCRIPTS
     ALONSO JORGE LUIS
06/25/12 CONTINUANCE BY AGREEMENT              07/31/12
     ALONSO JORGE LUIS
07/31/12 DEFENDANT ON BOND                     00/00/00
     ALONSO JORGE LUIS
07/31/12 CONTINUANCE BY AGREEMENT              08/22/12
     PTM
     ALONSO JORGE LUIS
08/22/12 DEFENDANT ON BOND                     00/00/00
     ALONSO JORGE LUIS
08/22/12 SPECIAL ORDER                         00/00/00
     BOND EXPANDED FOR DEF TO TRAVEL TO MOCHIGAN UNTIL 9/10/12
     ALONSO JORGE LUIS
08/22/12 CONTINUANCE BY AGREEMENT              09/27/12
     PTM
     ALONSO JORGE LUIS
09/07/12 NOTICE OF MOTION/FILING               09/27/12 1704
     TO DECLARE STATUTE UNCONSTITUTIONAL AND TO DISMISS PURSAUNT
09/07/12 NOTICE OF MOTION/FILING               09/27/12 1704
     TO SUPREME COURT RULE 19
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS         Page 004

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 11CR1756601

PETER       HARPER

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
09/27/12 DEFENDANT ON BOND                              00/00/00
     ALONSO JORGE LUIS
09/27/12 SPECIAL ORDER                                  00/00/00
     DEF FILES MOTION TO DECLARE STATUTE UNCONSTITUTIONAL
     ALONSO JORGE LUIS
09/27/12 CONTINUANCE BY AGREEMENT                       11/07/12
     ALONSO JORGE LUIS
11/07/12 DEFENDANT ON BOND                              00/00/00
     ALONSO JORGE LUIS
11/07/12 SPECIAL ORDER                                  00/00/00
     STATE FILES RESPONSE TO DEFS MOTION
     ALONSO JORGE LUIS
11/07/12 WITNESSES ORDERED TO APPEAR                    00/00/00
     ALONSO JORGE LUIS
11/07/12 CONTINUANCE BY AGREEMENT                       12/10/12
     ALONSO JORGE LUIS
12/10/12 DEFENDANT ON BOND                              00/00/00
     ALONSO JORGE LUIS
12/10/12 SPECIAL ORDER                                  00/00/00
     DEFS MOTION TO DECLARE STATUTE UNCONSTITUTIONAL/& DISMISS/ DENIED
     ALONSO JORGE LUIS
12/10/12 CONTINUANCE BY AGREEMENT                       01/11/13
     F
     ALONSO JORGE LUIS
01/11/13 DEFENDANT ON BOND
     ALONSO JORGE LUIS
01/11/13 MOTION TO REDUCE SENTENCE
     ALONSO JORGE LUIS
01/11/13 CONTINUANCE BY AGREEMENT                       02/07/13
     ALONSO JORGE LUIS
01/14/13 SPECIAL ORDER
     STATE FILES RESPONSE TO DEFENDANTS MOTION TO RECONSIDER MOT. TO DISMISS
02/07/13 DEFENDANT ON BOND
     ALONSO JORGE LUIS
02/07/13 SPECIAL ORDER
     MOTION TO RECONSIDER ENTERED AND CONTINUED
     ALONSO JORGE LUIS
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 005

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 11CR1756601

PETER        HARPER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

```
The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/07/13 CONTINUANCE BY AGREEMENT             03/06/13
    ALONSO JORGE LUIS
03/06/13 DEFENDANT ON BOND
    ALONSO JORGE LUIS
03/06/13 CONTINUANCE BY AGREEMENT             04/29/13 1704
    ALONSO JORGE LUIS
04/29/13 DEFENDANT ON BOND
    ALONSO JORGE LUIS
04/29/13 CONTINUANCE BY AGREEMENT             06/12/13 1704
    ALONSO JORGE LUIS
06/12/13 DEFENDANT ON BOND
    ALONSO JORGE LUIS
06/12/13 CONTINUANCE BY AGREEMENT             07/11/13 1704
    ALONSO JORGE LUIS
07/11/13 CONTINUANCE BY AGREEMENT             08/09/13 1704
    ALONSO JORGE LUIS
08/09/13 CONTINUANCE BY AGREEMENT             09/19/13 1704
    ALONSO JORGE LUIS
09/19/13 DEFENDANT ON BOND
    ALONSO JORGE LUIS
09/19/13 NOLLE PROSEQUI                 C001
    ALONSO JORGE LUIS
09/19/13 NOLLE PROSEQUI                 C002
    ALONSO JORGE LUIS
09/19/13 NOLLE PROSEQUI                 C006
    ALONSO JORGE LUIS
09/19/13 DEF DEMAND FOR TRIAL
    ALONSO JORGE LUIS
09/19/13 CONTINUANCE BY AGREEMENT             10/17/13 1704
    ALONSO JORGE LUIS
10/17/13 DEFENDANT ON BOND
    STEPHENSON DOMENICA A
10/17/13 CONTINUANCE BY AGREEMENT             11/18/13 1704
    STEPHENSON DOMENICA A
10/22/13 DEFENDANT NOT IN COURT
    ALONSO JORGE LUIS
10/22/13 CASE ADVANCED                        10/22/13 S       1
    ALONSO JORGE LUIS
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 006

PEOPLE OF THE STATE OF ILLINOIS

               VS               NUMBER 11CR1756601

PETER          HARPER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
10/22/13 NOLLE PROSEQUI                         CALL
    ALONSO JORGE LUIS
10/22/13 DEF DEMAND FOR TRIAL
    ALONSO JORGE LUIS
10/22/13 SPECIAL ORDER
    DEFENDANT DISCHARGED, CASE DISMISSED.
    ALONSO JORGE LUIS
10/22/13 CBR DESIGNATED PROVIDER MONIES        B001
    ALONSO JORGE LUIS
10/22/13 CHANGE PRIORITY STATUS                 M
    ALONSO JORGE LUIS



I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 11/08/13

_Dorothy Brown_
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY