# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

Submitted November 12, 2013
Decided December 6, 2013

Before

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| No.: 13-2788 | PETER HARPER,<br>Plaintiff - Appellant<br>v.<br>ANITA ALVAREZ, in her official capacity as Cook County State's Attorney,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-02110<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

The following is before the court:

1. **MOTION OF DEFENDANT-APPELLEE ANITA ALVAREZ TO DISMISS PLAINTIFF-APPELLANT PETER HARPER'S APPEAL AS MOOT**, filed on November 13, 2013, by counsel for the appellee.

2. **APPELLANT'S RESPONSE TO APPELLEE'S MOTION TO DISMISS APPEAL AS MOOT**, filed on December 2, 2013, by counsel for the appellant.

Peter Harper filed suit to enjoin the Cook County State's Attorney from prosecuting him for unlawful use of a firearm under state law. The state has since entered a *nolle prosequi* dismissing all of the counts against Harper, and the state represents that it will not attempt to reinstate any of the criminal charges in Harper's case. - over-

Accordingly,

**IT IS ORDERED** that #1 is **GRANTED**. The judgment of the district court is **VACATED**, and the case is **REMANDED** with instructions to dismiss as moot. *See U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship*, 513 U.S. 18 (1994); *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950).